UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA HOLZHAUER AND GEORGE HOLZHAUER,

                              Plaintiff(s)

Civil Action No.:

RULE 7.1 STATEMENT

-against-

J.C. PENNEY CORPORATION, INC. AND J.C. PENNEY
CORPORATION, INC. D/B/A J.C. PENNEY,

                              Defendant(s)

Pursuant to Rule 7.1 of the Federal Rules for Civil Procedure, the defendant J.C. PENNEY CORPORATION INC., certifies that it is a publicly held corporation and has no other corporate parents, subsidiaries or affiliates which are publicly held.

Dated:  New York, New York
          July 1, 2008

                                 Yours, etc.

                                 MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS
                                 BY:  THOMAS G. DARMODY (TGD 8368)
                                 Attorney for Defendant(s)
                                 J.C. Penney Corporation Inc.
                                 39 Broadway, Suite 950
                                 New York, NY 10006
                                 (212) 968-8300
                                 File # 003776.000040

TO:   **DEPROSPO, PETRIZZO & LONGO**
       Joseph P. Petrizzo, Esq.
       Attorney for Plaintiff(s)
       42 Park Place
       Goshen, NY 10942
       (845) 294-3361