UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

MARIA HOLZHAUER AND GEORGE HOLZHAUER,    Civil Action No.:

                              Plaintiff(s)

                         **JURY DEMAND**

           -against-

J.C. PENNEY CORPORATION, INC. AND J.C. PENNEY
CORPORATION, INC. D/B/A J.C. PENNEY,

                              Defendant(s)

---

S I R S:

    **PLEASE TAKE NOTICE**, that the undersigned demands a trial by a jury composed of six (6) jurors in the above-entitled action.

Dated: New York, New York
         July 1, 2008

                          Yours, etc.

                          _____
                          **MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS**
                          **BY: THOMAS G. DARMODY (TGD 8368)**
                          Attorney for Defendant(s)
                          J.C. Penney Corporation Inc.
                          39 Broadway, Suite 950
                          New York, NY 10006
                          (212) 968-8300
                          File # 003776.000040

TO:  **DEPROSPO, PETRIZZO & LONGO**
      Joseph P. Petrizzo, Esq.
      Attorney for Plaintiff(s)
      42 Park Place
      Goshen, NY 10942
      (845) 294-3361