facilities, and prescription costs, itemizing each provider whose bills are claimed and setting forth the amount of said bills.

**Response:**

Special damages ascertainable to date are as follows:

| | |
|---|---|
| HOSPITAL | $25,009.33 |
| St. Anthony Community Hospital $25,009.33 | |
| PHYSICIANS' SERVICES | $17,419.46 |
| John S. Juliano, MD, LLP | $ 2,011.34 |
| Marc Appel, MD | $ 446.12 |
| Center for Physical Rehab. c/o St. Anthony Hospital | $13,057.00 |
| Orange Radiology Associates | $ 1,245.00 |
| Warwick IGM Therapeutic Acupressure | $ 660.00 |

16. Set forth the amount of all special damages claimed for lost earnings, if any, listing simultaneously plaintiff's claimed dates out of work.

**Response:** Not applicable.

17. Set forth any amounts claimed by the Plaintiff for future special damages as well as a reasonable basis by which said special damages were calculated.

**Response:** The plaintiff, MARIA HOLZHAUER, will claim future medical expenses, however the exact extent of same is unknown at this time. Pursuant to Rule26(e)(1) supplemental responses will be made when the information is known.

18. State whether Plaintiff received reimbursement or had medical payments paid by any collateral source following this occurrence. If so, identify said collateral source and itemize the payments made by it.