so as to cause its base to protrude out into the walking aisle causing the plaintiff, MARIA HOLZHAUER, to be precipitated to the ground thereby sustaining severe and serious personal injuries.

22.   Identify all persons who provided information for or participated in the preparation of the answers to these Interrogatories.

**Response:**   The following persons provided information for or participated in the preparation of the answers to these Interrogatories:

Plaintiff:   Maria Holzhauer
George Holzhauer
Michael Mahon, Esq.
Karen Foster, Paralegal

PLEASE TAKE NOTICE that all of the above interrogatories are furnished as of and to the date hereof.

Dated:   August 8, 2008

Yours, etc.,

DEPROSPO, PETRIZZO & LONGO, ESQS.
Attorneys for Plaintiff(s)
Office & P.O. Address
42 Park Place
Goshen, New York 10924

BY: _____
MICHAEL MAHON, ESQ. (MJM 1163)
Of Counsel

TO:   MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS
Attorneys for Defendants
39 Broadway, Suite 950
New York, New York 10006
Telephone No.: (212) 968-8300