STATE OF NEW YORK : COUNTY OF ORANGE         ss:

MARIA HOLZHAUER and GEORGE HOLZHAUER, being duly sworn say; that they are the plaintiffs herein and have read the foregoing Plaintiffs' Responses to Defendants' Interrogatories and know the contents thereof and the same are true to their knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters they believe them to be true.

_____
MARIA HOLZHAUER

_____
GEORGE HOLZHAUER

Sworn to before me on
August 11, 2008.

_____
NOTARY PUBLIC

KAREN M. GNECCO-FOSTER
Notary Public, State Of New York
Qualified In Orange County
Registration #01GN4954369
Commission Expires July 26, 2009