STATE OF NEW YORK)

                 ss.:

COUNTY OF ORANGE )

    KAREN GNECCO-FOSTER, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age, and reside at Newburgh, New York.

    On August 14, 2008, I served the within Response to Defendants' Interrogatories to the following persons by regular mail delivery, at the last known address set forth below.

                     Mintzer, Sarowitz, Zeris Ledva & Meyers
                     Attorneys for Defendants
                     39 Broadway, Suite 950
                     New York, New York 10006

                     KAREN GNECCO-FOSTER

Sworn to before me this 14th day of August, 2008.

Notary Public

KELLY APONTE
Notary Public, State of New York
No. 01AP6184560
Qualified in Orange County
Commission Expires April 7, 20 12